Certificate Number: 02998-GAN-DE-032456674

Bankruptcy Case Number: 19-52394



02998-GAN-DE-032456674

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 17, 2019, at 4:16 o'clock PM EDT, Rebecca McAdoo completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:  March 18, 2019              By:    /s/Terri Everett

                                   Name:  Terri Everett

                                   Title: Counselor